**No. 40700.**—Protest 820008–G of L. Oppleman, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Oppleman* v. *United States* (C. D. 42) the mineral specimens in question were held free of duty under paragraph 1719 as claimed.